IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DOMINION HEALTHCARE SERVICES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| VALUE OPTIONS, INC., JANE HARRIS, ) | |
| Individually, THE DURHAM CENTER (Local ) | |
| Management Entity), ELLEN HOLLIMAN, ) | Civil Action No. 1:08-cv-134 |
| Individually and in her official capacity, WAKE ) | |
| COUNTY HUMAN SERVICES (Local ) | |
| Management Entity), CRYSTAL FARROW, ) | |
| Individually and in her official capacity, FIVE ) | |
| COUNTY, (Local Management Entity), FOSTER ) | |
| NORMAN, Individually and in his official ) | |
| capacity, MECKLENBERG COUNTY (Local ) | |
| Management Entity), and GRAYCE CROCKETT,) | |
| Individually and in her official capacity, ) | |

## MOTION TO DISMISS AND ANSWER OF
## WAKE COUNTY HUMAN SERVICES AND CRYSTAL FARROW

NOW COME defendants, Wake County Human Services and Crystal Farrow, individually and in her official capacity, and in answering the complaint of the plaintiff, says as follows:

### *FIRST DEFENSE*

For and as a First Defense, defendants move the court to dismiss this action in that plaintiff's complaint fails to state claims against Wake County Human Service and Crystal Farrow in either her official or individual capacity upon which relief can be granted and should be dismissed pursuant to Fed.R.Civ.P. 12(b)(6).

1

## SECOND DEFENSE AND ANSWER

For and as a second defense, and without waiving the above defenses or any other defense at law, the defendants answer the chronologically corresponding numbered paragraphs of the complaint (including plaintiff's headings for clarification only), and say as follows:

1. Admitted upon information and belief.

2. Admitted upon information and belief.

3. Admitted upon information and belief.

4. It is denied that the Durham Center LME is organized under and pursuant to N.C.G.S. §122C-115.4. The remaining allegations of Paragraph 4 of the complaint are admitted upon information and belief.

5. These answering defendants are without information or knowledge sufficient upon which to form a belief as to the true or falsity of the allegations of paragraph 5 and the same are thereby denied.

6. It is denied that the Wake County Human Services LME is organized under and pursuant to N.C.G.S. §122C-115.4. The remaining allegations of Paragraph 6 of the complaint are admitted.

7. Admitted.

8. It is denied that Five County LME is organized under and pursuant to N.C.G.S. §122C-155.4. The remaining allegations of Paragraph 8 of the complaint are admitted upon information and belief.

9. These answering defendants are without information or knowledge sufficient upon which to form a belief as to the true or falsity of the allegations of paragraph 9 and the same are thereby denied.

10. It is denied that Mecklenberg County LME is organized under and pursuant to N.C.G.S. §122C-115.4. The remaining allegations of Paragraph 10 of the complaint are admitted upon information and belief.

11. These answering defendants are without information or knowledge sufficient upon which to form a belief as to the true or falsity of the allegations of paragraph 11 and the same are thereby denied.

12. Admitted upon information and belief.

13. Denied.

14. Denied for lack of information or knowledge.

15. Denied for lack of information or knowledge.

16. Denied for lack of information or knowledge.

17. Denied for lack of information or knowledge.

## COUNT I

VIOLATION OF UNFAIR AND DECEPTIVE TRADE PRACTICES [CLAIM]

*As to the allegations of the unnumbered sentence appearing under this heading these defendants re-allege their responses to paragraphs 1-17 above as if fully set forth in response to said sentence.*

18. Denied for lack of information or knowledge.

19. Denied for lack of information or knowledge.

20. Denied for lack of information or knowledge.

3

21. Denied for lack of information or knowledge.

22. Denied for lack of information or knowledge.

23. Denied for lack of information or knowledge.

## COUNT II

### BREACH OF IMPLIED CONTRACT [CLAIM]

*As to the unnumbered sentence re-alleging plaintiff's previous paragraphs appearing under this heading these defendants re-allege their responses to paragraphs 1-23 above as if fully set forth in response to said sentence.*

24. Denied for lack of information or knowledge.

25. Denied for lack of information or knowledge.

26. Denied for lack of information or knowledge.

27. Denied for lack of information or knowledge.

28. Denied for lack of information or knowledge.

29. Denied for lack of information or knowledge.

30. Denied for lack of information or knowledge.

## COUNT III

### BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING [CLAIM]

*As to the unnumbered sentence re-alleging plaintiff's previous paragraphs appearing under this heading these defendants re-allege their responses to paragraphs 1-30 above as if fully set forth in response to said sentence.*

31. Denied for lack of information or knowledge.

32. Denied for lack of information or knowledge.

33. Denied for lack of information or knowledge.

34. Denied for lack of information or knowledge.

35. Denied for lack of information or knowledge.

36. Denied for lack of information or knowledge.

## COUNT IV

## VIOLATION OF 42 U.S.C. § 1983 [CLAIM]

*As to the unnumbered sentence re-alleging plaintiff's previous paragraphs appearing under this heading these defendants re-allege their responses to paragraphs 1-17 above as if fully set forth in response to said sentence.*

37. Denied.

38. Denied.

39. Denied.

## VIII. PRAYER FOR RELIEF

WHEREFORE, the defendants Wake County Human Services and Crystal Farrow, having fully answered the complaint of the plaintiff, prays for the following relief:

    a. That the complaint be dismissed;

    b. That the plaintiff have and recover nothing by way of this complaint;

    c. That the costs of this action be taxed to the plaintiff;

    d. For such other and further relief as to the court may seem just and proper.

Respectfully submitted this the 11th day of March 2008.

ATTORNEYS FOR WAKE COUNTY
HUMAN SERVICES AND CRYSTAL
FARROW

/s/ Shelley T. Eason
Shelley T. Eason
Deputy County Attorney
State Bar. No. 8251
E-mail: season@co.wake.nc.us

/s/ Roger A. Askew
Roger A. Askew
Assistant County Attorney
State Bar. No. 18081
E-mail: roger.askew@co.wake.nc.us

/s/ Lucy Chavis
Lucy Chavis
Assistant County Attorney
E-mail: Lucy.Chavis@co.wake.nc.us
State Bar. No. 26553


Office of the County Attorney
Post Office Box 550
Raleigh, North Carolina 27602
Phone: (919) 856-5500
Fax:    (919) 856-5504

6

Case 1:08-cv-00134-JAB-PTS   Document 23   Filed 03/11/08   Page 6 of 8

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DOMINION HEALTHCARE SERVICES, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VALUE OPTIONS, INC., JANE HARRIS, )<br>Individually, THE DURHAM CENTER (Local )<br>Management Entity), ELLEN HOLLIMAN, )<br>Individually and in her official capacity, WAKE )<br>COUNTY HUMAN SERVICES (Local )<br>Management Entity), CRYSTAL FARROW, )<br>Individually and in her official capacity, FIVE )<br>COUNTY, (Local Management Entity), FOSTER )<br>NORMAN, Individually and in his official )<br>capacity, MECKLENBERG COUNTY (Local )<br>Management Entity), and GRAYCE CROCKETT,)<br>Individually and in her official capacity, ) | Civil Action No: 1:08-cv-134 |

CERTIFICATE OF SERVICE VIA U.S. MAIL

I hereby certify that on 11th March 2008, I electronically filed the foregoing Motion to Dismiss and Answer with the Clerk of Court using the CM/ECF system.
And, I hereby further certify that the foregoing document has been served upon all counsel pursuant to Rule 5 of the Federal Rules of Civil Procedure by depositing a copy in the care and custody of the United States Postal Service with proper postage affixed thereon this 11th day of March, 2008.


SERVED UPON:


Hugh J. Eighmie, II
Gary Williams Finney Law Firm
221 East Osceola Street
Stuart, Florida 34994
*Counsel for Plaintiff*
*(Via US MAIL)*

Geoffrey Simmons
Simmons Law Firm
Post Office Box 2223
Raleigh, North Carolina 27602
*Counsel for Plaintiff*
*(Via US Mail)*

7

S. C. Kitchen
Kathy R. Everett-Perry
Office of the Durham County Attorney
P.O. Box 3508
Durham, N.C. 27702
*Counsel for Durham County and*
*Ellen Holliman*
*(Via CM/ECF system)*

James T. Williams
Jennifer K. VanZant
Brooks, Pierce, McLendon, LLP
Post Office Box 26000
Greensboro, N.C. 27420
*Counsel for Value Options, Inc*
*and Jane Harris*
*(Via CM/ECF system)*

G. Michael Barnhill
James P. Cooney, III
Sean Perrin
Sarah A. Motley
301 S. College Street, St. 3500
Charoltte, N.C. 28202
*Counsel for Mecklenberg County*
*And Grayce Crockett*
*(Via CM/ECF system)*

Wilson Hayman
Christopher P. Brewer
David Dreifus
Poyner & Spruill, LLP
Post Office Box 10096
Raleigh, NC 27605-0096
*Counsel for Five County Mental*
*Health Authority and Foster Norman*
*(Via CM/ECF system)*

Michael W. Smith
Roman Lifson
Henry I. Willett, III
Christian & Barton, LLP
909 E. Main Street
Richmond, VA 23219
*Counsel for Value Options, Inc. and*
*Jane Harris*
*(Via U.S. Mail)*

This the 11th day of March 2008.

ATTORNEYS FOR WAKE COUNTY
HUMAN SERVICES AND CRYSTAL
FARROW

/s/ Roger A. Askew_____ _____
Roger A. Askew
Assistant County Attorney
E-mail: Roger.Askew@co.wake.nc.us
NC Bar. No. 18081