IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DOMINION HEALTHCARE SERVICES, INC. )<br>Plaintiff, )<br>v. )<br>)<br>VALUE OPTIONS, INC., JANE HARRIS, )<br>Individually, THE DURHAM CENTER (Local )<br>Management Entity), ELLEN HOLLIMAN, )<br>Individually and in her official capacity, WAKE )<br>COUNTY HUMAN SERVICES (Local Management )<br>Entity), CRYSTAL FARROW, Individually and in )<br>her official capacity, FIVE COUNTY (Local )<br>Management Entity), FOSTER NORMAN, )<br>Individually and in his official capacity, )<br>MECKLENBERG COUNTY (Local Management )<br>Entity), GRAYCE CROCKETT, Individually and in )<br>her official capacity, )<br>Defendants. ) | | 1:08CV134 |

## ORDER

BEATY, Chief District Judge.

For the reasons in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED that Plaintiff's Motion to Amend the Complaint [Document #53] is GRANTED. In addition, IT IS FURTHER ORDERED that this action is REMANDED back to the General Court of Justice, Superior Court Division, County of Durham, North Carolina. Finally, IT IS FURTHER ORDERED that Defendants' Motions to Dismiss [Documents #13, 19, 24, 32, 36, 38, and 40] are DENIED AS MOOT.

This, the 5th day of March, 2009.

*/s/ James A. Beaty*
United States District Judge